No. 90–8315. GIPSON v. CASTLE ROCK POLICE DEPARTMENT ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–8316. ROBERTS v. MANSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–8317. CHAPEL v. CHAPEL. Sup. Ct. Ore. Certiorari denied.

No. 90–8318. WILLIAMS v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–8319. HOUCHINS v. LOVE, HORRY COUNTY, SOUTH CAROLINA, ADMINISTRATOR. C. A. 4th Cir. Certiorari denied.

No. 90–8320. JONES v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 90–8321. NYBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8322. O'BRIEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–8323. MILLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–8324. MORRIS ET AL. v. DONREY OF NEVADA, INC., ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 90–8326. MOORE ET AL. v. MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–8327. FOUT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–8328. GUTIERREZ v. MORIARTY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–8329. SKAGGS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–8330. COWDEN v. O'CONNOR, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. C. A. 10th Cir. Certiorari denied.